IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY GRAY, JR., #196022,<br>ERIC SPURLING, #230420<br>ROBERT JAMAR CASEY, #241411<br>RON HARRIS, #230895 | )<br>)<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 2:07-CV-60-ID |
| INEZ ALEXANDER, et al., | )<br>)<br>) |
| Defendants. | ) |

2:07CV66-ID

**ORDER**

Anthony Gray, Jr., Eric Spurling, Robert Jamar Casey and Ron Harris, state inmates, filed this 42 U.S.C. § 1983 action challenging the constitutionality of disciplinaries lodged against them at the Ventress Correctional Facility. Each of these inmates filed a motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). However, the Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id.* Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Open four (4) separate civil actions - one for each inmate who signed the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to Anthony Gray, Jr..

2. Assign the newly opened cases to the Magistrate Judge and District Judge to which the instant cause of action is assigned.

3. Place the original joint complaint (Court Doc. No. 1), the separate complaint filed by Anthony Gray, Jr. (Court Doc. No. 1-2) and motion for leave to proceed *in forma pauperis* submitted by inmate Gray in the instant case file.

4. Correct the docket in this case to reflect that the defendants in this cause of action are only those named by inmate Gray in his separate complaint (Court Doc. No.1-2).

5. Place a copy of the joint complaint, separate individual complaint submitted by the inmate and the appropriate inmate's *in forma pauperis* application in each newly opened case. In such cases, list only the individuals named by the inmate in his separate complaint as defendants in his civil action.

Done this 22nd day of January, 2007.

                                          /s/ Susan Russ Walker
                                    SUSAN RUSS WALKER
                                    UNITED STATES MAGISTRATE JUDGE