IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC SPURLING, #230420, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 2:07-CV-66-ID |
| | ) |
| VERONICA STRINGER, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon review of the complaint filed by the plaintiff and for good cause, it is

ORDERED that on or before February 7, 2007 the plaintiff shall file an amended complaint which:

1. Specifically describes how each named defendant violated *his* constitutional rights.

2. Sets forth facts in support of his claim(s) against the defendants.

3. States the relief he seeks from this court.

In responding to this order, the plaintiff is advised that he must set forth **short and plain statements** alleging why he is entitled to relief. Each allegation in the pleading should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*. **The plaintiff is further advised that this case will proceed only against those claims presented in the amended complaint**.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 24th day of January, 2007.

        /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE